UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22426-CIV-UNGARO/O'SULLIVAN

UKW FRANCHISING COMPANY, LLC,
    Plaintiff,
v.

HOPE COURAGE AND FAITH, INC., *et al.*,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion for Award of Attorneys' Fees and Costs (DE # 32, 9/18/18). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that on or before October 11, 2018, the defendants shall file a response to plaintiff's Motion for Award of Attorneys' Fees and Costs (DE # 32, 9/18/18). It is further

ORDERED AND ADJUDGED that the failure of the defendant to file a response to the plaintiff's Motion for Award of Attorneys' Fees and Costs (DE # 32, 9/18/18), may result in a recommendation that the plaintiff's Motion for Award of Attorneys' Fees and Costs (DE # 32, 9/18/18) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 20th day of September, 2018.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Ungaro
All counsel of record